

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00577-CV

Clarissa Nicole **LOPEZ**,
Appellant

v.

Alberto Luis **CAVAZOS**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 20-02-60230-CV
Honorable Michael Ventura Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena Chapa, Justice

Delivered and Filed: February 3, 2021

REVERSED AND REMANDED

On January 8, 2021, the parties filed a joint motion stating they have reached an agreement to dispose of this appeal. The parties ask this court to vacate the trial court's May 26, 2020 judgment without regard to the merits and remand the case to the trial court. However, Texas Rule of Appellate Procedure 43.2 does not authorize us to "vacate and remand." *See* TEX. R. APP. P. 43.2. We therefore construe the joint motion as a motion to reverse the judgment and remand the case to the trial court for further proceedings.

We grant the motion, reverse the trial court's May 26, 2020 judgment without regard to the merits, and remand the case to the trial court for further proceedings. Costs are taxed against appellant. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM